IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE ARREDONDO,

    Plaintiff,                              No. CIV S-07-0205 FCD GGH P

    vs.

DERRICK MARTIN, et al.,

    Defendants.                    FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 4, 2007, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Plaintiff was re-served with this order to his most current address on June 1, 2007. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 | specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d
3 | 1153 (9th Cir. 1991).
4 | DATED:   9/6/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

6 | GGH:035
arre0205.fta